HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
ISMAEL MAYA PIZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-0121-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | Date: July 6, 2016 |
| ISMAEL MAYA PIZANO | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Katherine T. Lydon, Assistant United States Attorney, attorney for Plaintiff, and Noa E. Oren, attorney for Ismael Maya Pizano, that:

1. The Complaint in this case was filed on June 21, 2016. Defendant appeared before Honorable Edmund F. Brennan on June 22, 2016.

2. A preliminary hearing was set for July 6, 2016 at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to July 11, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for

preparation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 6, 2016, and July 11, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: June 29, 2016 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for ISMAEL MAYA PIZANO |
| DATED: June 29, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Katherine T. Lydon*<br>KATHERINE T. LYDON<br>Assistant U.S. Attorney<br>Attorney for PLAINTIFF |

**O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 29, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to July 11, 2016, at 2:00 p.m.

2. The time between July 6, 2016, and July 11, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: June 29, 2016

HON. EDMUND F. BRENNAN
United States Magistrate Judge